```
FREUND & BRACKEY LLP
JONATHAN D. FREUND, ESQ. (SBN 157357)
THOMAS A. BRACKEY II, ESQ. (SBN 162279)
NATHAN P. GABLE, ESQ. (SBN 188610)
427 North Camden Drive
Beverly Hills, CA 90210
(310) 247-2165
```

FILED
CLERK, U.S. DISTRICT COURT
SEP 13 2001
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL

Attorneys for Plaintiffs,
SETH SWIRSKY d/b/a JULIAN'S DAD and WARRYN CAMPBELL
d/b/a NYRRAW MUSIC.

Priority ✓
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH SWIRSKY, an individual d/b/a JULIAN'S DAD; WARRYN CAMPBELL, an individual d/b/a NYRRAW MUSIC,<br><br>    Plaintiffs<br><br>    vs.<br><br>MARIAH CAREY, an individual; JAMES HARRIS III, an individual; TERRY LEWIS, an individual; FLYTE TYME PRODUCTIONS, INC., an entity of unknown designation; FLYTE TYME TUNES, an entity of unknown designation; ATV SONGS LLC, an entity of unknown designation; RYE SONGS, an entity of unknown designation; COLUMBIA RECORDS an entity of unknown designation; SONY MUSIC ENTERTAINMENT, an entity of unknown designation; and EMI APRIL MUSIC, INC., an entity of unknown designation; and DOES 1 through 10 inclusive,<br><br>    Defendants. | CASE NO. CV 00-9926 CAS(Ex)<br><br>**STIPULATION FOR CONTINUANCE OF EXPERT WITNESS DISCLOSURES; ORDER THEREON.**<br><br>[Pursuant to FRCP 26(a)(2)(B) and (C)] |

SEP 14 2001

24

1 This STIPULATION has been entered into by all parties other than
2 EMI April Music, Inc. (the "Parties") at the request of counsel
3 for plaintiffs and is made with reference to the following facts:
4     WHEREFORE, the Parties, as previously stipulated, anticipated
5 to conduct depositions and discovery during the months of July and
6 August; and
7     WHEREFORE, the primary Defendant with respect to the issue of
8 liability, Mariah Carey, was ill during July requiring
9 hospitalization; and
10     WHEREFORE, by stipulation of the parties, and order of the
11 Court dated September 4, 2001, the discovery and motion cut-off
12 dates in this action were continued from October 31, 2001, to
13 December 15, 2001, and counsel intended for such stipulation and
14 order to also include an extension of the expert witness
15 disclosure dates; and
16     WHEREFORE, lead counsel for defendants, Mr. Dudnik, is out of
17 the country for the entire month of September, 2001, on a
18 previously disclosed vacation planned one year ago; and
19     WHEREFORE, plaintiffs have been unable to conduct sufficient
20 discovery in light of the above situation; and
21     WHEREFORE, the requested continuance will not cause a change
22 in the Pre-Trial Conference and trial dates, and will not delay
23 the progress of the case;
24
25     THEREFORE, the Parties hereto expressly stipulate to, and
26 respectfully request the Court to order, a continuance of the
27 Expert Witness Disclosures of FRCP 26(a)(2) as follows:
28

**STIPULATION FOR CONTINUANCE OF EXPERT WITNESS DISCLOSURES**

1. The expert witness disclosure reports, pursuant to FRCP 26(a)(2), which were initially due by plaintiffs on September 5, 2001 and by defendants on September 26, 2001, are hereby continued until November 1, 2001 and November 22, 2001 respectively.

Dated: Sept. 5 01

FREUND & BRACKEY LLP

By: _____
Jonathan D. Freund

Attorney for Plaintiffs,
SETH SWIRSKY and WARRYN CAMPBELL.

Dated: _____

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
John M. Genga

Attorney for Defendants,
MARIAH CAREY, JAMES HARRIS III, TERRY LEWIS, FLYTE TYME PRODUCTIONS, INC., FLYTE TYME TUNES INC., SONY/ATV SONGS LLC, and SONY MUSIC ENTERTAINMENT INC.

IT IS SO ORDERED

SEP - 7 2001

_____
The Honorable Christina A. Snyder,
United States District Court Judge

3

**STIPULATION FOR CONTINUANCE OF EXPERT WITNESS DISCLOSURES**

1.  The expert witness disclosure reports, pursuant to FRCP 26(a)(2), which were initially due by plaintiffs on September 5, 2001 and by defendants on September 26, 2001, are hereby continued until November 1, 2001 and November 22, 2001 respectively.

Dated: _____

FREUND & BRACKEY LLP

By: _____
Jonathan D. Freund

Attorney for Plaintiffs,
SETH SWIRSKY and WARRYN CAMPBELL.

Dated: 9/5/01

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
John M. Gengs

Attorney for Defendants,
MARIAH CAREY, JAMES HARRIS III, TERRY LEWIS, FLYTE TYME PRODUCTIONS, INC., FLYTE TYME TUNES INC., SONY/ATV SONGS LLC, and SONY MUSIC ENTERTAINMENT INC.

IT IS SO ORDERED

_____
The Honorable Christina A. Snyder,
United States District Court Judge

3

STIPULATION FOR CONTINUANCE OF EXPERT WITNESS DISCLOSURES

<pre>
</pre>

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 427 North Camden Drive, Beverly Hills, CA 90210.

On September 5, 2001, I served the foregoing documents described as: **STIPULATION FOR CONTINUANCE OF EXPERT WITNESS DISCLOSURES; ORDER THEREON.** on the below listed parties/counsel in this action by causing a true copy thereof, enclosed in a sealed envelope addressed as follows:

Robert M. Dudnick, Esq.  
PAUL, HASTINGS, JANOFSKY & WALKER LLP  
555 South Flower Street  
Los Angeles, California 90071-2371

Hayes F. Michel, Esq.  
PROSKAUER ROSE LLP  
2049 Century Park East  
Suite 3200  
Los Angeles, CA 90067-3206

[X] **BY MAIL AS FOLLOWS:** The envelope was mailed with postage thereon fully prepaid, placed in the United States mail at Los Angeles, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee.

[ ] **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to _____ for delivery to the above address(es).

[ ] **BY FACSIMILE MACHINE:** The foregoing document was transmitted to the above-named persons by facsimile transmission from (310) 247-2190 before 5:00 p.m. on said date and the transmission was reported as complete and without error.

Executed on September 5, 2001, at Beverly Hills, California.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose discretion this service was made.

ROSEMARY HOOKE  
Type or Print Name                          Signature

Freund & Brackey LLP
427 North Camden Drive
Beverly Hills, CA 90210

1